| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| V. | § § § | CASE NO. 4:09-cr-194 Judge Crone |
| JOHN FREDDY CORREA (2) | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 23, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss Indictment (Dkt. #388) and Motion for Severance (Dkt. #387) should be denied.

The Court, having made a *de novo* review of Defendant's objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is accordingly

**ORDERED** that Defendant's Motion to Dismiss Indictment (Dkt. #388) and Motion for Severance (Dkt. #387) are **DENIED**.

SIGNED at Beaumont, Texas, this 30th day of September, 2011.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE