| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| § | |
| v. § § | Case No. 4:09-CR-194 |
| § | Judge Crone/Judge Mazzant |
| § | |
| JOHN FREDDY CORREA (2) § | |
| JAIME GONZALO CASTIBLANCO § | |
| CABALCANTE (9) § | |
| JULIO HERNANDO MOYA BUITRAGO (14) § | |
| OSCAR ORLANDO BARRERA PINEDA(15) § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 10, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Suppress All Wiretap Conversations and its Derivative (Dkt. #576) be denied.

The Court, having made a *de novo* review of the objections raised by Jaime Gonzalo Castiblanco Cabalcante (Dkt. #662), a co-defendant who joined in Defendant's Motion to Suppress, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is accordingly

**ORDERED** that Defendant's Motion to Suppress All Wiretap Conversations and its Derivative (Dkt. #576) is **DENIED.**

SIGNED at Beaumont, Texas, this 10th day of August, 2012.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE