Case 4:09-cr-00194-ALM-KPJ   Document 1385   Filed 03/27/24   Page 1 of 1 PageID #: 11177

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America )<br>v. )<br>OSCAR ORLANDO BARRERA PINEDA )<br>aka "Oscar", "Capi" )<br> )<br>Date of Original Judgment: 02/18/2014 )<br>Date of Previous Amended Judgment: 06/01/2018 )<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 4:09CR00194-015<br>USM No: 18940-078<br><br>Wayne R. Dickey<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
 ☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  235  months **is reduced to**  188 months  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  06/01/2018  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  03/27/2024

*Judge's signature*

Effective Date:  04/08/2024                    UNITED STATES DISTRICT JUDGE AMOS L. MAZZANT, III
*(if different from order date)*                    *Printed name and title*